DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 862-8200
Fax: (702) 862-8204
david@hennessandhaight.com
*Attorneys for Plaintiff*

### DISTRICT COURT

### CLARK COUNTY, NEVADA

| | |
|---|---|
| VANESSA JUANITA SALAS,<br><br>Plaintiff,<br>vs.<br><br>POSTMATES, LLC; TIMOTHY ALLEN VANDYKE; JOVANNI OSEGUERA; TARA RAMIREZ; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-02031-JAD-NJK<br><br>**STIPUTLATION AND ORDER TO EXTEND TIME FOR PLAINTIFF VANESSA JUANITA SALAS TO REPLY TO DEFENDANT POSTMATES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>ECF No. 18 |

Plaintiff, VANESSA JUANITA SALAS and Defendant POSTMATES, LLC respectfully stipulate to allow Plaintiff additional time to reply to Defendant POSTMATES, LLC'S Opposition to Plaintiff's Motion to Remand as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiff filed her motion to remand on December 10, 2021 (ECF No. 9). Defendant POSTMATES, LLC filed their Opposition on December 21, 2021. (ECF No. 13). The parties stipulate to extend Plaintiff's Reply deadline from December 28, 2021 to December 30, 2021. The parties agree that the brief extension is needed to fully brief the issues presented in the motion and due the holidays that occurred during the deadline to respond.  The parties submit this request in good faith without the purpose of delay, and this is Plaintiff's first request for an extension of this deadline.

| | |
|---|---|
| Dated this 29th day of December, 2021. | Dated this 29th day of December, 2021. |
| HENNESS & HAIGHT | WOOD, SMITH, HENNING & BERMAN LLP |
| /s/ David T. Gluth_____ | /s/ Susana Santana_____ |
| DAVID T. GLUTH, ESQ. | JOEL D. ODOU, ESQ. |
| Nevada Bar No. 10596 | Nevada Bar 7468 |
| 8972 Spanish Ridge Ave. | SUSANA SANTANA, ESQ. |
| Las Vegas, Nevada 89148 | Nevada Bar No 13753 |
| *Attorneys for Plaintiff VANESSA SALAS* | 2881 Business Park Court, Suite 200 |
| | Las Vegas, Nevada 89128 |
| | *Attorneys Defendant POSTMATES, LLC* |

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2022

2