**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| VANESSA JUANITA SALAS,<br><br>    Plaintiff,<br>vs.<br><br>POSTMATES, LLC; TIMOTHY ALLEN VANDYKE; JOVANNI OSEGUERA; TARA RAMIREZ; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.  2:21-CV-2031-JAD-NJK<br><br>**ORDER GRANTING**<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |

Pursuant to Local Rule 1A 11-6, Ellen G. Stoebling, Esq., respectfully moves the court for an Order removing attorney Karen L. Hanks (Nevada Bar No. 9578), former email address: khanks@messner.com and current email address: karen@hankslg.com, from the electronic service in this matter.

Page **1**

After February 4, 2022, Karen L. Hanks was no longer associated with Messner Reeves, LLP. Ms. Hanks removal from the e-service list will not delay these proceedings as Messner Reeves will remain counsel of records for Defendants Jovanni Oseguera and Tara Ramirez in this matter.

DATED this 15th day of February, 2022.

**MESSNER REEVES LLP**

*/s/ Ellen G. Stoebling*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Ellen G. Stoebling, Esq.
Nevada Bar No. 3166
8945 W. Russell Road, Ste 300
Las Vegas, Nevada  89148
*Attorneys for Defendants*
*Jovanni Oseguera and Tara Ramirez*

**ORDER**

IT IS SO ORDERED.

Dated: February 16, 2022

_____
Nancy J. Koppe
United States Magistrate Judge