# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| VANESSA JUANITA SALAS,<br><br>        Plaintiff,<br><br>vs.<br><br>POSTMATES, LLC; TIMOTHY ALLEN VANDYKE; JOVANNI OSEGUERA; TARA RAMIREZ; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | CASE NO. 2:21-CV-2031-JAD-NJK<br><br>**ORDER GRANTING**<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST AND NOTICE OF DISASSOCIATION OF COUNSEL** |

      Pursuant to local rule 1a 11-6, Christina Mundy-Mamer, Esq., respectfully moves the court for an order removing attorney Ellen G. Stoebling (Nevada Bar No. 3166), former email address: estoebling@messner.com and current email address: unknown, from the electronic service in this matter.

//

//

//

After March 9, 2022, Ellen G. Stoebling is no longer associated with Messner Reeves, LLP. Ms. Stoebling's removal from the e-service list will not delay these proceedings as Messner Reeves will remain counsel of records for Defendants JOVANNI OSEGUERA and TARA RAMIREZ, in this matter.

DATED this 22nd day of June, 2022.

**MESSNER REEVES LLP**

*/s/ Christina Mundy-Mamer*
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina Mundy-Mamer, Esq.
Nevada Bar No. 13181
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*
*Jovanni Oseguera and Tara Ramirez*

**IT IS SO ORDERED.**

Dated: June 23, 2022

_____
Nancy J. Koppe
United States Magistrate Judge