Susana Santana
Nevada Bar No. 13753
Dane W. Smith
Nevada Bar No. 16002
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
ssantana@wshblaw.com
dsmith@wshblaw.com

Attorneys for Postmates, LLC and
Timothy Allen Vandyke

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| VANESSA JUANITA SALAS,<br><br>   Plaintiff,<br><br>v.<br><br>POSTMATES, LLC; TIMOTHY ALLEN VANDYKE; JOVANNI OSEGUERA; TARA RAMIREZ; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>   Defendants. | Case No. 2:21-cv-02031-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF POSTMATES, LLC, AND TIMOTHY ALLEN VANDYKE ONLY**<br><br>Trial Date:        None Set |

Plaintiff, VANESSA JUANITA SALAS ("Plaintiff") and Defendants, POSTMATES, LLC, and TIMOTHY ALLEN VANDYKE (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to the following:

PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AND AGREE that they have reached a resolution and settlement of this matter wherein Plaintiff and Defendants, POSTMATES, LLC, and TIMOTHY ALLEN VANDYKE, hereby stipulate to dismiss any and all claims, known and unknown, in this matter against Defendants, POSTMATES, LLC, and TIMOTHY ALLEN VANDYKE, ONLY, WITH PREJUDICE, each party to bear their own attorney's fees and costs.

THE PARTIES HEREBY STIPULATE AND AGREE that this Stipulation may be executed

1  in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other
2  non-original signature shall still create a binding and enforceable agreement.
3       IT IS SO STIPULATED:

4  DATED: May 11, 2023                    DATED: May 11, 2023

5  HENNESS & HAIGHT                       WOOD, SMITH, HENNING & BERMAN LLP

7  */s/ David T. Gluth*                   */s/ Susana Santana*
   DAVID T. GLUTH                         SUSANA SANTANA
8  Nevada Bar No. 10596                   Nevada Bar No. 13753
   8972 Spanish Ridge Ave.                DANE W. SMITH
9  Las Vegas, NV 89148                    Nevada Bar No. 16002
                                          2881 Business Park Court, Suite 200
10 *Attorneys for Plaintiff Vanessa Juanita*   Las Vegas, NV 89128-9020
   *Salas*

                                          *Attorneys for Postmates, LLC and Timothy Allen*
                                          *Vandyke*

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

*Salas v. Postmates, LLC, et al*
Case No. 2:21-cv-02031-JCM-NJK

### ORDER

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed, as to Defendants, POSTMATES, LLC, and TIMOTHY ALLEN VANDYKE, ONLY, WITH PREJUDICE, each party to bear their own attorney's fees and costs.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO ORDERED**. May 26, 2023.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Respectfully Submitted By:

WOOD, SMITH, HENNING & BERMAN LLP

 */s/ Susana Santana*
SUSANA SANTANA
Nevada Bar No. 13753
DANE W. SMITH
Nevada Bar No. 16002
2881 Business Park Court, Suite 200
Las Vegas, NV 89128-9020

*Attorneys for Defendants Postmates, LLC and Timothy Allen Vandyke*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2023, a true and correct copy of **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF POSTMATES, LLC, AND TIMOTHY ALLEN VANDYKE ONLY** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Johana Whitbeck*
Johana Whitbeck, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP