M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
Christina M. Mundy, Esq.
Nevada Bar No. 13181
MESSNER REEVES LLP
8945 W. Russell Road, Ste 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: cmeyer@messner.com
          rfinch@messner.com
          cmundy@messner.com
*Attorneys for Defendants*
*Jovanni Oseguera and Tara Ramirez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| VANESSA JUANITA SALAS,<br><br>Plaintiff,<br><br>vs.<br><br>POSTMATES, LLC; TIMOTHY ALLEN VANDYKE; JOVANNI OSEGUERA; TARA RAMIREZ; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:21-CV-2031-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendants, by and through their counsel of record, M. Caleb Meyer, Esq., Renee M. Finch, Esq., and Christina M. Mundy, Esq., of MESSNER REEVES, LLP, and Plaintiff, by and through her counsel of record, David T. Gluth, Esq. of HENNESS & HAIGHT, that the above-entitled matter be dismissed with prejudice, with each of the parties to pay their own attorneys' fees and costs incurred herein.

///

///

///

///

1  IT IS FURTHER STIPULATED that no trial is currently scheduled.

2  IT IS FURTHER STIPULATED that this Stipulation may be executed in one or more
3  counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original
4  signature shall still create a binding and enforceable agreement.

5  **IT IS SO AGREED.**

6  DATED this <u>28th</u> day of July, 2023.     DATED this ___ day of July, 2023.

8  MESSNER REEVES LLP                            HENNESS & HAIGHT

9  /s/ Christina M. Mundy
    _____                  _____
10 M. CALEB MEYER                                DAVID T. GLUTH
   Nevada Bar No. 13379                          Nevada Bar No. 10596
11 RENEE M. FINCH                                8972 Spanish Ridge Ave.
   Nevada Bar No. 13118                          Las Vegas, NV 89148
12 CHRISTINA M. MUNDY                            *Attorneys for Plaintiff*
   Nevada Bar No. 13181
13 8945 W. Russell Road, Suite 300
   Las Vegas, NV 89148
14
   *Attorneys for Defendants Jovanni Oseguera*
15 *and Tara Ramirez*

**ORDER**

Pursuant to the above Stipulation, THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that this matter is dismissed, each party to bear their own attorney's fees and costs.

THE COURT FURTHER ORDERS, ADJUDGES, AND DECREES that this Stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO ORDERED.**

DATED August 9, 2023.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
MESSNER REEVES LLP

/s/ Christina M. Mundy
_____
M. CALEB MEYER
Nevada Bar No. 13379
RENEE M. FINCH
Nevada Bar No. 13118
CHRISTINA M. MUNDY
Nevada Bar No. 13181
8945 W. Russell Road, Suite 300
Las Vegas, NV 89148
*Attorneys for Defendants Jovanni Oseguera and Tara Ramirez*